82 F.3d 404
 Arthur L. Barnes
v.
Borough of Pottstown, Pottstown Police Dept., Christopher
Carlile, Chief of Pottstown Police Dept., Neil Petenbrink,
Detective of Borough of Pottstown Police Dept., Mark
Flanders, Edward C. Kropp, Howard Smoyer, Jr., Police
Officer of Borough of Pottstown Police Dept., Leroy Frame,
Peerless Publications, Inc., Pottstown Mercury
 NO. 95-1428
 United States Court of Appeals,
Third Circuit.
 Mar 15, 1996
 
 Appeal From: E.D.Pa., No. 93-cv-01498,
 Ludwig, J.
 
 
 1
 AFFIRMED.